# Third District Court of Appeal

## State of Florida

Opinion filed June 18, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1320
Lower Tribunal No. 23-13396-FC-04
_____

**Martin F. Tropper,**
Appellant,

vs.

**Lorena Corti,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Samantha Ruiz Cohen, Judge.

Kevin Coyle Colbert; and Luis E. Reynoso, for appellant.

Andres Duran; and Sarah Lahlou-Amine (Washington, DC), for appellee.

Before LOGUE, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Because the trial court's final judgment is based on the extensive fact-findings it made on the record based on credibility determinations derived from live testimony, the final judgment is supported by competent substantial evidence and therefore, we are constrained to affirm. See Keys Country Resort, LLC v. 1733 Overseas Highway, LLC, 324 So. 3d 988, 988 (Fla. 3d DCA 2021) ("[I]t is not our function to conduct a de novo review of the evidence, but simply to determine whether there exists in the record competent substantial evidence to support the judgment of the trial court.") (quoting Morey v. Everbank, 93 So. 3d 482, 489–90 (Fla. 1st DCA 2012)); GG Inv. Realty, Inc. v. S. Beach Resort Dev., LLC, 337 So. 3d 431, 439 (Fla. 3d DCA 2022) (same).